# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Wayne Traylor, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>Capital One, N.A.,<br><br>Defendant. | Civil Action No. 1:22-cv-01349-LMB-IDD<br><br>**STIPULATION OF DISMISSAL** |

LAW OFFICES OF ANDREW J. BROWN
Andrew J. Brown (admitted *pro hac vice*)
Brian J. Ellsworth (admitted *pro hac vice*)
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone; (619) 501-6550
andrewb@thebrownlawfirm.com
briane@thebrownlawfirm.com

J. MADISON PLC
Jacob Small (VSB #84460)
1750 Tysons Boulevard
McLean, Virginia 22101
P (703) 910-5062
F (703) 910-5107
jsmall@jmadisonplc.com

*Attorneys for Plaintiff on behalf of himself and all others similarly situated.*

So ordered 5/17/23
/s/
_____
Anthony J. Trenga
Senior United States District Judge

Plaintiff Wayne Traylor hereby dismisses his claims against Defendant Capital One, N.A. with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

NOW THEREFORE, it is hereby stipulated that the claims of Plaintiff Wayne Traylor against Defendant Capital One, N.A. are dismissed with prejudice with each party bearing its own fees and expenses.

WE SO MOVE/CONSENT:

Date: May 16, 2023

*/s/ Bryan A. Fratkin*
Bryan A. Fratkin (VSB No. 38933)
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com

Jarrod D. Shaw (admitted pro hac vice)
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Tel: (412) 667-6000
Fax: (412) 667-6050
jshaw@mcguirewoods.com

Emily Y. Rottmann (admitted pro hac vice)
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Tel: (904) 798-3200
Fax: (904)798-3207
erottman@mcguirewoods.com
*Counsel for Defendant Capital One, N.A.*

Date: May 16, 2023

*/s/ Jacob Small*
Jacob Small (VSB #84460)
J. Madison PLC
1750 Tysons Boulevard Suite 1500
McLean, Virginia 22102
P (703) 910-5062
F (703) 910-5107
jmsmall@jmadisonplc.com

*Local Counsel for Plaintiff Wayne Traylor on behalf of himself and all others similarly situated*

LAW OFFICES OF ANDREW J. BROWN
Andrew J. Brown (admitted pro hac vice)
Brian J. Ellsworth (admitted pro hac vice)
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: (619) 501-6550
andrewb@thebrownlawfirm.com
briane@thebrownlawfirm.com
*Counsel for Plaintiff Wayne Traylor on behalf of himself and all others similarly situated*